In the Matter of the Claim of JOSEPH N. BIDDLECOME, Respondent, against SHARP & NASSOIT MANAGEMENT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Resident manager of a hotel is the employee of a management corporation under a contract with the owner. Injury received on sidewalk while the manager was going to employ a doorman. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of SYLVESTER McBRIDE, Respondent, against THE CONCRETE AND ASPHALT CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed as a stone mason in building an ornamental wall. The owner of the premises, at the request of the contractor, advanced wages of claimant which advancements were to be deducted from the contract price. Claimant was carried on the payroll of the contractor. The appellants contend that claimant was employed by the owner of the premises and not by the contractor; also that there was no sufficient evidence to support finding as to the amount of claimant's earnings for the year preceding the injury. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MICHAEL SZALUNIEVICZ, Respondent, against ALEXANDER SMITH & SONS CARPET COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The claimant was employed as a card cleaner in a factory where yarn was made for the purpose of manufacturing rugs. While engaged in cleaning of cards one of the belts became involved and the claimant attempted to release the belt so that his work could proceed. He was instructed as to what work he was to do, but was not forbidden to do the act which caused the injury. Under section 123 of the Workmen's Compensation Law there was ample authority for a reopening. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of AARON GOLDSTEIN, Respondent, against REBECCA GOLDSTEIN, Doing Business as GOLDIE DRESS COMPANY, Respondent; GLENS FALLS INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Policy insured the Goldie Dress Company. Claimant worked for the Goldie Dress Company both at the time policy was issued and at the time of the accident. After the issuance of the policy one " proprietor " retired from the Goldie Dress Company. The business continued otherwise without change. Award affirmed, with costs to the State Industrial Board against the appellant. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse the award and to dismiss the claim as against the carrier, on the authority of *Matter of Ardolino* v. *Ierna* (225 App. Div. 439).